JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMOND NEAL,<br><br>   Plaintiff,<br><br>   v.<br><br>EXER MEDICAL CORPORATION, et al.,<br><br>   Defendants. | Case No. CV 25-402-MWF(MAAx)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE |

The Court has considered Plaintiff's Request for Dismissal of Entire Action Without Prejudice (the "Request"). (Docket No. 33). For good cause shown, the Request is GRANTED and this action is DISMISSED without prejudice.

IT IS SO ORDERED.

Dated: December 1, 2025

_____
MICHAEL W. FITZGERALD
United States District Judge

-1-